IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ULTRAVISION TECHNOLOGIES, LLC ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PANASONIC CORPORATION, PANASONIC ) <br> CORPORATION OF NORTH AMERICA, ) <br> ) <br> Defendant. ) <br> ) <br> ) | C.A. No. 2:18-cv-00107-JRG-RSP <br><br> **JURY TRIAL DEMANDED** |

**STIPULATION AND ORDER TO STAY PURSUANT TO 28 U.S.C. § 1659**

Defendants herein seek to stay this entire civil action ("Action") pursuant to 28 U.S.C. § 1659.  Subject to Defendants reserving their rights to contest jurisdiction, venue, and service at a later time, the parties (Plaintiff and Defendants) hereby agree and stipulate to a stay of this Action, on the following grounds:

1. Plaintiff filed its Complaint in this Court against Defendants in this case on March 27, 2018 asserting infringement of U.S. Patent Nos. 9,349,306 and 9,916,782 (collectively, the "Patents-in-Suit").

2. On the same day, Plaintiff also filed a Complaint under Section 337 of the Tariff Act of 1930 (As Amended) with the U.S. International Trade Commission ("ITC Complaint") alleging infringement of the same Patents-in-Suit.  Plaintiff's ITC Complaint was filed against the named Defendants in the above-captioned action.

3. On May 24, 2018, the ITC instituted an investigation, No. 37-TA-1114, regarding Plaintiff's Complaint ("ITC Investigation No. 1114").  *See* Exhibit A (attaching letter received by all parties).  Section 1659 of Title 28 provides that where "a civil action

involving the parties that are also parties to a proceeding before the International Trade Commission under section 337 of the Tariff Act of 1930, at the request of a party to the civil action that is also a respondent in the proceeding before the Commission, the district court shall stay, until the determination of the Commission becomes final, proceedings in the civil action with respect to any claim that involves the same issues involved in the proceeding before the Commission." 28 U.S.C. § 1659(a). This stay is mandatory if such a request is made within thirty (30) days from institution of the Investigation. *Id*.

4. All the requirements of Section 1659 have been met because: (i) the parties to this Action and to ITC Investigation No. 1114 are the same; (ii) the Defendants in this Action, who are also named Respondents in ITC Investigation No. 1114, request a stay (which the Plaintiff does not oppose); and (iii) the patent-infringement claims at issue in this Action are the same as those at issue in ITC Investigation No. 1114.

Accordingly, subject to the approval of the Court, the parties agree to stay the entirety of this Action, including, without limitation, the time to answer or otherwise respond to the Complaint, pending final resolution of ITC Investigation No. 1114, including any and all appeals. The parties agree that Defendants need not respond to the Complaint before the Court approves this Stipulation and Order, and further agree that upon dissolution of the stay, the Defendants will have thirty (30) days to answer or otherwise respond to the Complaint.

For all the foregoing reasons, Plaintiff and Defendants respectfully request that the Court stay this Action as to all parties pursuant to 28 U.S.C. § 1659(a).

|  |  |
|---|---|
|  | Respectfully submitted, |
| **BROWN RUDNICK LLP** | **DUANE MORRIS LLP** |
| By: */s/ Joseph M. Mercadante (w permission)*<br>Alfred R. Fabricant<br>NY Bar No. 2219392<br>Email: afabricant@brownrudnick.com<br>Peter Lambrianakos<br>NY Bar No. 2894392<br>Email: plambrianakos@brownrudnick.com<br>Vincent J. Rubino, III<br>NY Bar No. 4557435<br>Email: vrubino@brownrudnick.com<br>Joseph M. Mercadante<br>NY Bar No. 4784930<br>Email: jmercadante@brownrudnick.com<br>Alessandra C. Messing<br>NY Bar No. 5040019<br>Email: amessing@brownrudnick.com<br>*7 Times Square*<br>*New York, NY 10036*<br>*Telephone:(212) 209-4800*<br>*Facsimile: (212) 209-4801* | By: */s/ Joshua B. Long*<br>Cindy Yang<br>NY State Bar No. 4095022<br>*Pro hac vice motion pending*<br>CYang@duanemorris.com<br>Joshua B. Long<br>TX State Bar No. 24078876<br>JBLong@duanemorris.com<br>*1330 Post Oak Boulevard, Suite 800*<br>*Houston, TX 77056-3166*<br>*Phone:+1 713 402 3900*<br>*Fax:+1 713 402 3901*<br><br>***Attorneys for Defendants Panasonic Corporation and Panasonic Corporation of North America*** |

***MCKOOL SMITH, P.C.***

    Samuel F. Baxter
    Texas State Bar No. 01938000
    Email: sbaxter@mckoolsmith.com
    Jennifer L. Truelove
    Texas State Bar No. 24012906
    Email: jtruelove@mckoolsmith.com
    104 E. Houston Street, Suite 300
    Marshall, Texas 75670
    Telephone:(903) 923-9000
    Facsimile: (903) 923-9099

***Attorneys for Plaintiff Ultravision Technologies, LLC***

Dated:  June 8, 2018

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on June 8, 2018, all counsel of record who are deemed to have consented to electronic service are being served a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                                                */s/ Joshua B. Long*

                                                Joshua B. Long