# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ULTRAVISION TECHNOLOGIES, LLC ) ) Plaintiff, ) ) v. ) ) PANASONIC CORPORATION, PANASONIC CORPORATION OF NORTH AMERICA, ) ) Defendant. ) ) ) | C.A. No. 2:18-cv-00107-JRG-RSP  ORDER |

## ORDER GRANTING STIPULATION TO STAY PURSUANT TO 28 U.S.C. § 1659

On this date the Court considered the Stipulation and Order to Stay Pursuant to 28 U.S.C. § 1659 filed jointly by Plaintiff Ultravision Technologies, LLC ("Ultravision"), and Defendants Panasonic Corporation and Panasonic Corporation of North America (collectively "Panasonic"). Based on the stipulation, the grounds set forth therein, the pleadings and other filings in this case, and the agreement of the parties to the motion, the Court finds that good cause has been established and the Stipulation to stay should be GRANTED.

It is therefore ORDERED that all proceedings between Ultravision and Panasonic, including all pending deadlines, are hereby stayed until further notice.

IT IS SO ORDERED this ___ day of ____, 2018.

_____
Magistrate Judge Roy S. Payne